UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MANOJ KAMAL,<br><br>and<br><br>SANDEEP BEDI, Administrator of the ESTATE OF TEENA KAMAL,<br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-10851 |

**PLAINTIFF GENWORTH LIFE AND ANNUITY INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Ruelsl of Civil Procedure, Plaintiff Genworth Life and Annuity Insurance Company ("Genworth"), by and through counsel, states as follows:

Genworth is a wholly owned subsidiary of Genworth Life Insurance Company, a company domiciled in Richmond, Virginia. Genworth Life Insurance Company is a subsidiary of Genworth North America Corporation. Genworth North America Corporation is a subsidiary of Genworth Financial, Inc., a publicly traded corporation.

Respectfully submitted,
**GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,**
By its attorneys,

_____
Matthew C. Welnicki, Esq., BBO# 647104
mcwelnicki@kslegal.com
KENNEY & SAMS, P.C.
144 Turnpike Road
Southborough, Massachusetts 01772
Tel: (508) 490-8500
Fax: (508) 490-8501

Date: April 2, 2024