UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE CO., <br><br> Plaintiff,, <br><br> vs. <br><br> MANOJ KAMAL, et al., <br><br> Defendants | Civ. A. No. 1:24-cv-10851-NMG |

## <u>NOTICE OF APPEARANCE</u>

To the Clerk:

    Please note my appearance for the defendant, Manoj Kamal.

                Respectfully submitted,

                */s/ Theodore J. Folkman*

                Theodore J. Folkman (BBO No. 647642)
                RUBIN AND RUDMAN LLP
                53 State St.
                Boston, Mass. 02109
                (617) 330-7000
                tfolkman@rubinrudman.com

Dated: April 5, 2024