UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>v.<br><br>MANOJ KAMAL<br><br>and<br><br>SANDEEP BEDI, Administrator of the ESTATE OF TEENA KAMAL<br><br>              Defendants. | Civil Action No. 1:24-cv-10851-NMG |

## NOTICE OF APPEARANCE

    Seegel Lipshutz Lo & Martin, LLP hereby enters its appearance in this matter on behalf of defendant Sandeep Bedi, Administrator of the Estate of Teena Kamal.

                                    Respectfully submitted,

                                    SANDEEP BEDI, Personal Representative of the
                                    ESTATE OF TEENA KAMAL

                                    ***/s/ C. Alex Hahn, Esq.***

                                    Patricia Keane Martin BBO# 561569
                                    Email: pkmartin@sllm-law.com
                                    C. Alex Hahn BBO# 634133
                                    Email: ahahn@sllm-law.com
                                    Seegel Lipshutz Lo & Martin, LLP
                                    80 William Street, Suite 200
                                    Wellesley, MA 02481
                                    Tel: 781-431-7700

Dated: April 18, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify service upon counsel for plaintiff Genworth Life and Annuity Insurance Company and defendant Manoj Kamal via PACER, the efiling system for the U.S. District Court for the District of Massachusetts:

>Matthew C. Welnicki, Esq.
>Email: mcwelnicki@kslegal.com
>Kenney & Sams, P.C.
>144 Turnpike Road Suite 350
>Southborough, MA 01772
>
>Theodore J. Folkman, Esq.
>Email: tfolkman@rubinrudman.com
>Rubin and Rudman, LLP
>53 State Street, 15th floor
>Boston, MA 02109

*/s/ C. Alex Hahn, Esq.*
C. Alex Hahn

Date: April 18, 2024