UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE CO., <br><br> Plaintiff, <br><br> vs. <br><br> MANOJ KAMAL, et al., <br><br> Defendants | Civ. A. No. 1:24-cv-10851-NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk:

Please note the withdrawal of my appearance for the defendant, Manoj Kamal. Mr. Kamal will continue to be represented by Jonathan Feigenbaum, Esq.

                                                      Respectfully submitted,

                                                      */s/ Theodore J. Folkman*

                                                      Theodore J. Folkman (BBO No. 647642)
                                                      RUBIN AND RUDMAN LLP
                                                      53 State St.
                                                      Boston, MA 02109
                                                      (617) 330-7135
                                                      tfolkman@rubinrudman.com

Dated:  June 6, 2024